United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

IIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

VERONICA MATTHEWS                §
                                 §
                                 §        CIVIL ACTION NO. 4:20-cv-00008
VS.                              §
                                 §
                                 §
WAL-MART STORES TEXAS, LLC       §

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**, the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED August 26, 2021.



UNITED STATES DISTRICT JUDGE

APPROVED:

THE TODD LAW GROUP, PLLC

*/s/Jeffrey N. Todd*

Jeffrey N. Todd
State Bar No.  24028084
Federal Bar No.  34877
The Todd Law Group
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Telephone (832) 243-4953
Facsimile (713) 583-7818
jeff@jefftoddlaw.com

ATTORNEYS FOR PLAINTIFF

BUSH & RAMIREZ, PLLC

 /s/John A. Ramirez
John A. Ramirez
Attorney In Charge
State Bar No. 00798450
Federal ID No. 21280
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile:  (713) 622-8077
jramirez.atty@bushramirez.com

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC**